IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03402-PAB-CBS

JAMES WILLIAMSON,

    Plaintiff,

v.

G4S SECURE SOLUTIONS, INC. (USA),

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS G4S SECURE SOLUTIONS INTERNATIONAL, INC.
AND G4S SECURE SOLUTIONS, DENVER ONLY**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion Regarding Dismissal of Parties [Docket No. 32]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion Regarding Dismissal of Parties [Docket No. 32] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendants G4S Secure Solutions International, Inc. and G4S Secure Solutions, Denver only are dismissed, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the caption shall be amended as set forth in the caption of this Order.

    DATED January 7, 2013.

                                                  BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge